# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dennis Hines,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Washington Federal Bank,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-1996-APG-DJA<br><br>**ORDER CLOSING CASE** |

　　　I previously dismissed plaintiff Dennis Hines's complaint and allowed him to file an amended complaint by February 11, 2020. *See* ECF No. 11. I reiterated that deadline in a subsequent order. *See* ECF No. 14. Hines has not filed an amended complaint. Instead, he filed a motion that seems to request a stay of the case, although it is unclear if that is the relief he is requesting. ECF No. 16. Regardless, that motion does not offer any valid reason to stay or delay the closing of this case. Therefore, the clerk of the court is ordered to close this case.

　　　Dated: February 12, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE